STEPHEN B. VREELAND, Appellant and Respondent, *v.* H. RAYMOND AGUAIS et al., Respondents and Appellants.

Submitted November 13, 1944; decided November 22, 1944.

*George A. Ferris* for motion.
*Sydney A. Syme* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.